1060

No. 78–621. Village of Carpentersville v. Limperis, Trustee in Bankruptcy. Appeal from C. A. 7th Cir. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 78–741. Futch v. O'Leary; and Futch v. Sieben-Morgen. Appeal from Ct. App. Cal., 1st App. Dist., dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 78–5662. Cross v. Alzofon et al. Appeal from Ct. App. Cal., 1st App. Dist., dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 78–360. Randolph et al. v. Municipal Court, Southern Judicial District, County of San Mateo, et al. (California, Real Party in Interest). Appeal from Ct. App. Cal., 1st App. Dist., dismissed for want of substantial federal question. Mr. Justice Brennan, Mr. Justice Stewart, and Mr. Justice Marshall would reverse the convictions.

No. 78–649. City of Boston et al. v. Anderson et al. Appeal from Sup. Jud. Ct. Mass. dismissed for want of substantial federal question. Mr. Justice Brennan, Mr. Justice Blackmun, and Mr. Justice Powell would note probable jurisdiction and set case for oral argument.

No. 78–816. Bell v. New York State Liquor Authority. Appeal from App. Div., Sup. Ct. N. Y., 3d Jud. Dept., dismissed for want of jurisdiction.

No. 78–5290. Ezzell v. Los Angeles County Department of Adoptions. Appeal from Sup. Ct. Cal. dismissed for want of substantial federal question.